UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA MAGRI,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 15-12935

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [11], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation. (Dkt. 11.) The Magistrate Judge recommends granting Defendant's motion for summary judgment (Dkt. 10), denying Plaintiff's motion for summary judgment (Dkt. 9), and affirming the ALJ's decision pursuant to sentence four of 42 U.S.C. § 405(g). Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Having reviewed the pleadings and the Report, however, the Court agrees with the findings and conclusions of the Magistrate Judge. The Court ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS Defendant's motion for summary judgment, DENIES Plaintiff's motion for summary judgment, and AFFIRMS the decision of the ALJ.

    SO ORDERED.

        S/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: May 23, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 23, 2016, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager